IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GGH-RE INVESTMENT PARTNERS LIMITED and CEZARY JARZABEK, | § § § § | No. 36, 2023 |
| Defendants-Below/ Appellants/ Cross- Appellees, | § § § § | Court Below–Court of Chancery of the State of Delaware |
| v. | § § | C.A. No.: 2021-0810-KSJM |
| GOLUB CEE INVESTORS LLC, Plaintiff-Below/ Appellee/Cross Appellant. | § § § § | |

Submitted: September 27, 2023
Decided: October 30, 2023

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs, the arguments of counsel, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its September 14, 2022 bench ruling, September 20, 2022 implementing order, and January 3, 2023 order denying reargument.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice